E-filing

FILED
07 AUG -9 PM 12:05
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Tomas Lopez Meneweather,

          Plaintiff,

vs.

B. Powell, et al

          Defendant.

CASE NO. C 07 4092 SBA (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Tibi Meneweather, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No ✗

    b. Income from stocks, bonds, or royalties?      Yes ___ No ✗

    c. Rent payments?      Yes ___ No ✗

    d. Pensions, annuities, or life insurance payments?      Yes ___ No ✗

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No ✗

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ✗ No ___

Spouse's Full Name: *Barbara Meneweather (deceased)*

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _____

```
 1      b.    List the persons other than your spouse who are dependent upon you for
 2            support and indicate how much you contribute toward their support. (NOTE:
 3            For minor children, list only their initials and ages. DO NOT INCLUDE
 4            THEIR NAMES.).
 5      _____
 6      _____
 7   5.    Do you own or are you buying a home?         Yes ____ No ✗
 8   Estimated Market Value: $_____ Amount of Mortgage: $_____
 9   6.    Do you own an automobile?                    Yes ____ No ✗
10   Make _____ Year _____ Model _____
11   Is it financed? Yes _____ No _____ If so, Total due: $ _____
12   Monthly Payment: $ _____
13   7.    Do you have a bank account?   Yes ____ No ✗ (Do not include account numbers.)
14   Name(s) and address(es) of bank: _____
15   _____
16   Present balance(s): $ _____
17   Do you own any cash?  Yes ____ No ✗  Amount: $ _____
18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19   market value.)   Yes ____ No ✗
20   _____
21   8.    What are your monthly expenses?
22   Rent: $ _____ Utilities: _____
23   Food: $ _____ Clothing: _____
24   Charge Accounts:
25   Name of Account        Monthly Payment         Total Owed on This Acct.
26   _____   $ _____  $ _____
27   _____   $ _____  $ _____
28   _____   $ _____  $ _____
```

'RIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/12/07                          *Thomas Lopez Merriweather*
DATE                             SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **D 35219 Meneweather, Thomas** for the last six months at

SALINAS VALLEY STATE PRISON
ACCOUNTING DEPARTMENT
P.O. BOX 1020
SOLEDAD, CA 93960-1020     [prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 7/27/07

_L. Macias_
[Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030                                          REPORT DATE: 07/27/07
                                                           PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 01, 2007 THRU JUL. 27, 2007

ACCOUNT NUMBER : D35219                    BED/CELL NUMBER: FAB3T1000000109W
ACCOUNT NAME   : MENEWEATHER, THOMAS            ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                               TRUST ACCOUNT ACTIVITY

    << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                              CURRENT HOLDS IN EFFECT
   DATE          HOLD
  PLACED         CODE        DESCRIPTION              COMMENT        HOLD AMOUNT
  ------         ----        -----------              -------        -----------
 07/12/2007      H109    LEGAL POSTAGE HOLD       0151 ENVEL              1.10
 07/17/2007      H109    LEGAL POSTAGE HOLD       0211 LPOST              0.58
 07/17/2007      H109    LEGAL POSTAGE HOLD       0211 LPOST              2.33
 07/17/2007      H118    LEGAL COPIES HOLD        0206 LCOPY             13.80

                              TRUST ACCOUNT SUMMARY
  BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS      TRANSACTIONS
   BALANCE       DEPOSITS      WITHDRAWALS      BALANCE       BALANCE     TO BE POSTED
  ---------      --------      -----------      -------       -------     ------------
     0.00          0.00            0.00           0.00         17.81          0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7/27/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  L. Macias  SUSP

```
                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                                17.81-
```

