

———— *With The Name of Allah; Most Gracious, Most Compassionate* ————
oOo

Mr. Waymon Mickiangelo Berry, III, C-22935
SALINAS VALLEY STATE PRISON
Post Office Box 1050, FA3-131-L
Soledad, California 93960-1050

**FILED**

JAN 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

January 03, 2008

Hon. Thelton Henderson, U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, California  94102

Re: **TOMAS LOPEZ MENEWEATHER v. B. POWELL, et al.,**
U.S. DIST. CT., NORTHERN DIST. @ CA., CASE NO. C 07-04092-SBA-[PR]

Dear Judge Henderson:

Greetings.

On January 03, 2008, Plaintiff Meneweather, appearing pro se in the above entitled action, approached me to request that I send the contents of this communication to you, as he has reasonable trepidation that Correctional Officer Franco, Facility "A", Building #3, 3rd Watch Floor Officer, will again tamper with his outgoing legal mail in an effort to obstruct justice Plaintiff Meneweather believes he is entitled to as a matter of law.

Plaintiff Meneweather is an elderly gentleman confined to a wheelchair, pressing to gain access to medical treatment he believes he is entitled to as a matter of law, but being unconstitutionally denied him.  Plaintiff Meneweather finds it extremely difficult to access the prison law library, and has very little help being assisted with the English Language, not being a native to the United States Interior.  Plaintiff Meneweather is listed as a member of the American's with Disability Act within the meaning of **Pennsylvania Dept. Of Corrections v. Yeskey,** 524 US 206, 141 LEd2d 215, 118 S.Ct. 1952 (1998) with Salinas Valley State Prison, and currently assigned to an ADA Cell, but not receiving the assistance he should be provided in adequately accessing this Honorable Court to redress his grievances.

Your attention to this matter to provide remedy is greatly appreciated.

Most Genuinely Yours,

WAYMON M. BERRY, III
Jailhouse Lawyer

cc: Mr. Tomas L. Meneweather, Plaintiff In Pro Se.
    File Copy