IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOMAS LOPEZ MENEWEATHER,

    Plaintiff,

 v.

B. POWELL, et al.,

    Defendants.
                            /

No. C 07-04092 SBA (PR)

**ORDER ADDRESSING PENDING MOTION**

(Docket no. 5)

    In an Order dated December 18, 2007, the Court dismissed this action because it was opened in error. In that Order, the Court noted that it "received documents in two separate envelopes from Plaintiff that were intended to be filed in a single action." (Dec. 18, 2007 Order at 1.) The Court concluded that, "[t]wo different actions were opened, although only one action should have been opened." (Id.) The Court determined that the motion to proceed in forma pauperis (IFP) filed in this action was a copy of that same document filed in Case No. C 07-4204 SBA (PR). Therefore, this action was closed.

    Before the Court is Plaintiff's "Motion for Permission to File a Motion for Reconsideration" (docket no. 5). Plaintiff states that he only sent one envelope to the Court. (Pl.'s Mot. at 1-2.) Because the Court stated that Plaintiff submitted two separate envelopes, he argues that "the facts on which the Court dismissed Plaintiff's action are untrue . . . ." (Id. at 3.)

    The Court has conducted another review of the pleadings in this action and in Case No. C 07-4204 SBA (PR). The aforementioned motions to proceed IFP are indeed identical, thus, the Court correctly concluded that only one action should have been opened. Whether or not Plaintiff sent the motions in two different envelopes is irrelevant. Therefore, the Court finds that this action was properly dismissed because it was opened in error. Accordingly, Plaintiff's "Motion for Permission to File a Motion for Reconsideration" (docket no. 5) is DENIED.

    The Court notes that since he filed the instant motion, Plaintiff has submitted an amended complaint in Case No. C 07-4204 SBA (PR). Thus, the Court assumes that Plaintiff is aware that his

1  civil rights action is proceeding in that case. The Court will conduct a review of his amended
2  complaint in a separate written Order to be issued in Case No. C 07-4204 SBA (PR).
3      This Order terminates Docket no. 5.
4      IT IS SO ORDERED.
5  DATED: 9/30/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.07\Meneweather4092.pendingMOT.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TOMAS LOPEZ MENEWEATHER,

        Plaintiff,

  v.

B. POWELL et al,

        Defendant.

Case Number: CV07-04092 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas Lopez Meneweather D35219
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: October 1, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.07\Meneweather4092.pendingMOT.wpd